■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW A. GREENAFAGE, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Wexner, J.), imposed April 18, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1; *see also, People v Moisset,* 76 NY2d 909). Mangano, P. J., Bracken, Kunzeman, Harwood and O'Brien, JJ., concur.